UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:

LAVEL POOL

            Debtors

No. 15-25933
Chapter 13 (Joliet)
Honorable Pamela S. Hollis
Hearing Date: 08/24/2018, 10:45 a.m.

## AGREED ORDER

This matter coming before the court for hearing on BLACKBERRY CROSSING WEST HOMEOWNERS ASSOCIATION's Motion for Relief from Stay pursuant to Section 362 and Relief from the debtor's Stay pursuant to Section 1301 of the Bankruptcy Code, due notice having been given to the parties in interest, the court having jurisdiction of the subject matter and the parties, the parties being in agreement and the court being fully advised,

IT IS HEREBY ORDERED:

1. Through August 2018, there is a balance of $1,517.88 due and owing to Blackberry Crossing West Homeowners Association from Debtor for post-petition assessments, late fee, attorney's fees, and court costs.

2. Debtor shall pay this $1,517.88 balance as follows:

   a. $200.00 shall be paid on or before August 15, 2018;

   b. $120.00 shall be paid on or before September 15, 2018;

   c. $120.00 shall be paid on or before October 15, 2018;

   d. $120.00 shall be paid on or before November 15, 2018;

   e. $120.00 shall be paid on or before December 15, 2018;

   f. $120.00 shall be paid on or before January 15, 2019;

By _____
Attorney for Blackberry Crossing
West Homeowners Association

By _____
Briana M. Czajka, Attorney for
Debtor

1

   g.  $120.00 shall be paid on or before February 15, 2019;

   h.  $120.00 shall be paid on or before March 15, 2019;

   i.  $120.00 shall be paid on or before April 15, 2019;

   j.  $120.00 shall be paid on or before May 15, 2019;

   k.  $120.00 shall be paid on or before June 15, 2019;

   l.  $117.88 shall be paid on or before July 15, 2019;

3. Additionally, Debtor shall pay their regular annual assessment on or before the 1st of each year beginning with the January 2019 assessment and continuing for the pendency of the bankruptcy.

4. Should Debtor default on any of the payments set forth in Paragraphs 2 or 3 above, Blackberry Crossing West Homeowners Association shall send notice of said default to the Debtor and counsel for Debtor. Debtor shall then have 21 days from the date of the default notice to cure the same.

5. In the event Debtor does not cure any default with respect to the payments set forth in Paragraphs 2 or 3 after notice and within the 21 days provided herein, the automatic stay and co-debtor stay shall be dissolved without further order of court and Blackberry Crossing West Homeowners Association shall be entitled to pursue any and all remedies available to it for the collection of said amounts plus any additional unpaid post-petition amounts.

AGREED TO:

By _____  By _____
Attorney for Blackberry Crossing    Briana M. Czajka, Attorney for
West Homeowners Association     Debtor

ENTER:

AUG 2 4 2018          _____
                Bankruptcy Judge
                Date

Attorney No. 6308111
Benjamin J. Rooney
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, Illinois 60187
(630) 690-6446

2