IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| LAVEL POOL ) | |
| ) | No. 15-25933 |
| ) | Chapter 13 (Joliet) |
| Debtor ) | Honorable Pamela S. Hollis |
| ) | |

NOTICE OF DEFAULT

Notice of default of the August 24, 2018 Agreed Order is hereby given to Lavel Pool and counsel for Debtor. Pursuant to the Agreed Order, Debtor was to pay $120.00 per month toward the arrearage on their post-petition assessment account with Creditor Blackberry Crossing West Homeowners Association and remain current on the accruing assessments. The remaining unpaid balance should have been $357.88 as of May 6, 2019. However, the actual balance on the post-petition account is $767.88. Therefore, Debtors are in default under the Agreed Order in the amount of $410.00.

Please consider this a notice of default pursuant to paragraph 4 of the Agreed Order. Please forward $410.00 by cashier's check or money order made payable to Blackberry Crossing West Homeowners Association to Keay & Costello, P.C., 128 South County Farm Road, Wheaton, Illinois 60187 no later than May 28, 2019. If the amount of $410.00 is not paid by May 28, 2019 to bring the Agreed Order's payment plan current, the automatic stay on collection shall be dissolved pursuant to paragraph 4 of the Agreed Order and Blackberry Crossing West Homeowners Association shall be entitled to pursue any and all remedies available to it for the collection of the post-petition arrearage.

1

                                          BLACKBERRY CROSSING WEST HOMEOWNERS ASSOCIATION

By: _____
One of its attorneys

ARDC: 6308111
Benjamin J. Rooney
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, IL 60187
(630) 690-6446

2

## Account History Report
## Blackberry Crossing West HOA

**Lavel Pool**  00213-1692

| | | |
|---|---|---|
| Community Address: | 2329 Artesian Way | |
| | Montgomery, IL 60538 | |
| Mailing Address: | 2329 Artesian Way | |
| | Montgomery, IL 60538 | |

| | |
|---|---|
| Date Settled: | Thu Jul 30, 2015 |
| Unit Type: | 01 - Unit Type 01 |
| Last payment date: | Mon Apr 22, 2019 |
| Last payment amount: | 120.00 |
| Current balance: | 875.53 |

| Trans Date | Transaction | Charges | Payments | Balance | Date Billed | Reference | Comments |
|---|---|---|---|---|---|---|---|
| 01/01/2016 | Semi-Annual Assessment | 130.00 | | 130.00 | | Semi-annual Char | Recurring Charges: 01/01/2016 |
| 02/29/2016 | Late Fee | 26.95 | | 156.95 | | Late Fee | Late Fee: 02/29/2016 |
| 03/07/2016 | Demand Letter Charge | 35.00 | | 191.95 | | DEMAND LETTER | DL; 03/07/2016 |
| 03/30/2016 | Late Fee | 27.47 | | 219.42 | | Late Fee | Late Fee: 03/30/2016 |
| 04/14/2016 | Lockbox Payment | | -130.00 | 89.42 | | 1225 | Lock Box: 04/14/2016 |
| 06/01/2016 | Semi-Annual Assessment | 130.00 | | 219.42 | | Monthly Charges | Recurring Charges: 06/01/2016 |
| 06/30/2016 | Late Fee | 27.47 | | 246.89 | | Late Fee | Late Fee: 06/30/2016 |
| 07/08/2016 | Demand Letter Charge | 35.00 | | 281.89 | | Demand Letter | Processing Fee |
| 07/30/2016 | Late Fee | 28.00 | | 309.89 | | Late Fee | Late Fee: 07/30/2016 |
| 08/30/2016 | Late Fee | 28.00 | | 337.89 | | Late Fee | Late Fee: 08/30/2016 |
| 09/30/2016 | Late Fee | 28.00 | | 365.89 | | Late Fee | Late Fee: 09/30/2016 |
| 10/30/2016 | Late Fee | 28.00 | | 393.89 | | Late Fee | Late Fee: 10/30/2016 |
| 11/30/2016 | Late Fee | 28.00 | | 421.89 | | Late Fee | Late Fee: 11/30/2016 |
| 12/30/2016 | Late Fee | 28.00 | | 449.89 | | Late Fee | Late Fee: 12/30/2016 |
| 01/01/2017 | Semi-Annual Assessment | 240.00 | | 689.89 | | Annual Charges | Recurring Charges: 01/01/2017 |
| 01/19/2017 | Delinq Proc Fee - Assn | 175.00 | | 864.89 | | Attorney | Processing Fee |
| 01/30/2017 | Late Fee | 34.22 | | 899.11 | | Late Fee | Late Fee: 01/30/2017 |
| 02/03/2017 | Late Fee | | -34.22 | 864.89 | | Credit | Reverse 01/30/2017 Late Fee |
| 02/03/2017 | Late Fee | | -28.00 | 836.89 | | Credit | Reverse 12/30/2016 Late Fee |
| 02/03/2017 | Late Fee | | -28.00 | 808.89 | | Credit | Reverse 07/30/2016 Late Fee |
| 02/03/2017 | Late Fee | | -28.00 | 780.89 | | Credit | Reverse 08/30/2016 Late Fee |
| 02/03/2017 | Late Fee | | -28.00 | 752.89 | | Credit | Reverse 09/30/2016 Late Fee |
| 02/03/2017 | Late Fee | | -28.00 | 724.89 | | Credit | Reverse 10/30/2016 Late Fee |
| 02/03/2017 | Late Fee | | -28.00 | 696.89 | | Credit | Reverse 11/30/2016 Late Fee |
| 02/28/2017 | Delinq Proc Fee - Assn | | -175.00 | 521.89 | | Credit | Reverse 01/19/17 Delinq Proc F |
| 02/28/2017 | Demand Letter Charge | | -35.00 | 486.89 | | Credit | Reverse 03/07/16 Demand Letter |
| 02/28/2017 | Demand Letter Charge | | -35.00 | 451.89 | | Credit | Reverse 07/08/16 Demand Letter |
| 03/10/2017 | Demand Letter Charge | | -35.00 | 416.89 | | Adj 2/3/2017 Dem | January statements sent late |
| 01/01/2018 | Semi-Annual Assessment | 240.00 | | 656.89 | | Annual Charges | Recurring Charges: 01/01/2018 |
| 06/30/2018 | Late Fee | 33.62 | | 690.51 | | Late Fee | Late Fee: 06/30/2018 |
| 07/30/2018 | Late Fee | 33.62 | | 724.13 | | Late Fee | Late Fee: 07/30/2018 |
| 08/27/2018 | Lockbox Payment | | -200.00 | 524.13 | | 1365 | Lock Box: 08/27/2018 |
| 08/30/2018 | Late Fee | 30.62 | | 554.75 | | Late Fee | Late Fee: 08/30/2018 |
| 09/26/2018 | Lockbox Payment | | -120.00 | 434.75 | | 1371 | Lock Box: 09/26/2018 |
| 09/30/2018 | Late Fee | 28.82 | | 463.57 | | Late Fee | Late Fee: 09/30/2018 |
| 10/03/2018 | Legal Fee | 793.75 | | 1,257.32 | | 90845 | Legal Fee |
| 10/30/2018 | Late Fee | 40.73 | | 1,298.05 | | Late Fee | Late Fee: 10/30/2018 |
| 11/06/2018 | Lockbox Payment | | -120.00 | 1,178.05 | | 1375 | Lock Box: 11/06/2018 |
| 11/30/2018 | Late Fee | 38.93 | | 1,216.98 | | Late Fee | Late Fee: 11/30/2018 |
| 12/04/2018 | Lockbox Payment | | -120.00 | 1,096.98 | | 1340 | Lock Box: 12/04/2018 |
| 12/30/2018 | Late Fee | 37.13 | | 1,134.11 | | Late Fee | Late Fee: 12/30/2018 |
| 01/01/2019 | Semi-Annual Assessment | 120.00 | | 1,254.11 | | Semi-Annual Char | Recurring Charges: 01/01/2019 |
| 01/04/2019 | Lockbox Payment | | -120.00 | 1,134.11 | | 1344 | Lock Box: 01/04/2019 |
| 02/07/2019 | Lockbox Payment | | -120.00 | 1,014.11 | | 1348 | Lock Box: 02/07/2019 |
| 02/28/2019 | Late Fee | 36.91 | | 1,051.02 | | Late Fee | Late Fee: 02/28/2019 |
| 03/15/2019 | Lockbox Payment | | -120.00 | 931.02 | | 1352 | Lock Box: 03/15/2019 |

## Account History Report

### Blackberry Crossing West HOA

Lavel Pool                                    00213-1692

| Trans Date | Transaction | Charges | Payments | Balance | Date Billed | Reference | Comments |
|---|---|---|---|---|---|---|---|
| 03/26/2019 | Returned Payment | 120.00 | | 1,051.02 | | Return CK#1352 | 03/15/19 NSF |
| 03/26/2019 | NSF Proc Fee - Mgmt | 50.00 | | 1,101.02 | | Return Item Fee | 03/15/19 NSF |
| 03/30/2019 | Late Fee | 37.41 | | 1,138.43 | | Late Fee | Late Fee: 03/30/2019 |
| 04/08/2019 | Demand Letter Charge | 35.00 | | 1,173.43 | | Demand Letter | Processing Fee |
| 04/22/2019 | Lockbox Payment | | -120.00 | 1,053.43 | | 1380 | Lock Box: 04/22/2019 |
| 04/29/2019 | Late Fee | | -36.91 | 1,016.52 | | Credit | Reverse 02/28/2019 Late Fee |
| 04/29/2019 | Late Fee | | -37.13 | 979.39 | | Credit | Reverse 12/30/2018 Late Fee |
| 04/29/2019 | Late Fee | | -38.93 | 940.46 | | Credit | Reverse 11/30/2018 Late Fee |
| 04/29/2019 | Late Fee | | -40.73 | 899.73 | | Credit | Reverse 10/30/2018 Late Fee |
| 04/30/2019 | Late Fee | 35.24 | | 934.97 | | Late Fee | Late Fee: 04/30/2019 |
| 05/03/2019 | Late Fee | | -30.62 | 904.35 | | Credit | Reverse 08/30/18 Late Fee |
| 05/03/2019 | Late Fee | | -28.82 | 875.53 | | Credit | Reverse 09/30/18 Late Fee |

*Late fee credit + 72.65*
*Demand credit + 35.00*
*———————*
*767.88*