UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| LAVEL POOL ) | |
| ) | No. 15-25933 |
| ) | Chapter 13 (Joliet) |
| Debtor ) | Honorable Pamela S. Hollis |
| ) | |

## NOTICE OF FILING

To:   See attached Service List.

**PLEASE TAKE NOTICE** that on this 7th day of May, 2019, the undersigned caused to be electronically filed, with the Clerk of Court for the United States Bankruptcy Court, Northern District of Illinois, Eastern Division, BLACKBERRY CROSSING WEST HOMEOWNERS ASSOCIATION'S NOTICE OF DEFAULT, a copy of which is attached hereto and served upon you herewith.

Benjamin J. Rooney

## PROOF OF SERVICE

The undersigned attorney certifies that he served a true and correct copy of the foregoing and within by electronic mail to all those parties eligible to receive the same electronically and by depositing same in the U.S. Mail, Wheaton, Illinois addressed to all the parties appearing above on the 7th day of May, 2019, with proper postage prepaid.

Benjamin J. Rooney

SUBSCRIBED and SWORN to before me
this 7th day of May, 2019.

_____
Notary Public

OFFICIAL SEAL
MICHELLE SCALES
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/17/20

#6308111
Benjamin J. Rooney
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, Illinois 60187
(630) 690-6446

## Service List

Lavel Pool
2329 Artesia Way
Montgomery, Illinois 60538

Briana Czajka
Geraci Law L.L.C.
55 E. Monroe Street, Suite 3400
Chicago, Illinois 60603
(By electronic notice through ECF)

Glenn B. Stearns
801 Warrenville Road, Suite 650
Lisle, Illinois 60532
(By electronic notice through ECF)

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 South Dearborn St., Room 873
Chicago, Illinois 60604
(By electronic notice through ECF)